### ALTIERI v. MONACO.

(Supreme Court, Appellate Term.   December 26, 1900.)

APPEAL—FINDINGS—CONCLUSIVENESS.
      A finding on conflicting evidence will not be disturbed on appeal.

   Appeal from municipal court, borough of Manhattan.
   Action by Antonio Altieri against Jacob Monaco.   From a judg-
ment in favor of plaintiff, defendant appeals.   Affirmed.
   Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-
MAN, JJ.

   Achille J. Oishei, for appellant.
   John Palmieri, for respondent.

   PER CURIAM.   The defendant admitted upon the trial that he
received the draft in question, that he cashed the same, and that he
failed to pay the proceeds thereof to the plaintiff, but claimed that

the latter had purchased goods from him to the amount of $60, which he had not paid, and for which the defendant set up a counterclaim. The plaintiff denied that he purchased any goods from the defendant, and the justice resolved the conflict of testimony in his favor. We do not think the finding is against the weight of evidence, nor do we perceive any reason for reversing the judgment, since no exception was taken by the appellant upon the trial.

Judgment affirmed, with costs.